**Order filed September 1, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00584-CV**

_____

**IN THE INTEREST OF K.L. AND C.L., Appellants**

**V.**

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,**
**Appellee**

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-01646J**

## O R D E R

The notice of appeal in this case was filed June 28, 2022. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5.

Accordingly, appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court within **ten (10) days** of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.